AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Charter Communications Entertainment I LLC,
d/b/a Charter Communications
## V.
Jim Voyiatzis a/k/a J Demetrios Voyiatzis

### SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 04-40063 ~~NMG~~

TO: (Name and address of defendant)

    Jim Voyiatzis a/k/a J Demetrios Voyiatzis
    18 Wrentham Road
    Apartment 106
    Worcester, MA 01602-1361

A TRUE COPY ATTEST

*Kenneth A. Hannam*

DEPUTY SHERIFF

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Christopher L. Brown, Esq.
    Murtha Cullina LLP
    20th Floor
    99 High Street
    Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

_____
CLERK

*Sherry Jones*

_____
(BY) DEPUTY CLERK

4-30-04
_____
DATE

# RETURN OF SERVICE



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

05/06/2004

I hereby certify and return that on 05/05/2004 at 02:47pm I served a true
and attested copy of the Summons and Complaint, Civil Cover Sheet in this
action in the following manner: To wit, by leaving at the last and usual
place of abode of J. VOYIATZIS A/K/A J DEMETRIOS VOYIATZIS at 18 WRENTHAM
ROAD, WORCESTER, MA and by mailing first class mail to the above address
on 05/06/2004. Basic Service Fee: Service 20.00, Travel 19.20, Conveyance 2.00, Attest
Copies 10.00, Postage and Handling 3.00 Total Fees: $54.20

Deputy Sheriff Kenneth P. Hannam

_____
**Deputy Sheriff**

☐ Other *(specify):* _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
          **Date**                              **Signature of Server**

                                                  _____
                                                  **Address of Server**

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.