AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

IN CLERK'S OFFICE

2004 MAY 11 P 1: 01

Charter Communications Entertainment I LLC,
d/b/a Charter Communications

V.

Jim Voyiatzis a/k/a J Demetrios Voyiatzis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-40063**

TO: (Name and address of defendant)

Jim Voyiatzis a/k/a J Demetrios Voyiatzis
18 Wrentham Road
Apartment 106
Worcester, MA 01602-1361

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher L. Brown, Esq.
Murtha Cullina LLP
20th Floor
99 High Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**
CLERK

_Sherry Jones_
(BY) DEPUTY CLERK

4-30-04
DATE

# RETURN OF SERVICE



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

05/06/2004

I hereby certify and return that on 05/05/2004 at 02:47pm I served a true and attested copy of the Summons and Complaint, Civil Cover Sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of JIM VOYIATZIS A/K/A J DEMETRIOS VOYIATZIS at 18 WRENTHAM RD #1 A, WORCESTER, MA and by mailing first class mail to the above address on 05/06/2004. Fees: Service 20.00, Travel 19.20, Conveyance 3.00, Attest 10.00 & Postage and Handling 2.00 Total Fees: $54.20

Deputy Sheriff Kenneth P Hannam

_____
**Deputy Sheriff**

☐ Other (specify): _____

| TRAVEL | STATEMENT OF SERVICE FEES | |
|---|---|---|
| | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                         Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.