UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JUN -3 P 12: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC
d/b/a CHARTER COMMUNICATIONS,

Plaintiff,

v.

JIM VOYIATZIS a/k/a
DEMETRIOS VOYIATZIS,

Defendant.

CIVIL ACTION
NO. 04-40063-NMG

## MOTION FOR ENTRY OF DEFAULT
### AGAINST DEFENDANT

Pursuant to Federal Rule of Civil Procedure 55(a) and Local Rules of Civil Procedure, Plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications, hereby moves this Court for a judgment by default against the Defendant Jim Voyiatzis a/k/a Demetrios Voyiatzis (the "Defendant"), in the above-captioned action. In support of its Motion, Plaintiff states that:

1. The Complaint in the above-captioned action was filed in this Court on April 30, 2004;

2. The Defendant was served by Deputy Sheriff Kenneth R. Hannam by leaving a copy of the Summons and Complaint at the abode of the Defendant on May 5, 2004 and by mailing a first class true attested copy to the home of the Defendant on May 6, 2004 pursuant to Rule 4(c) and 4(e) of the Federal Rules of Civil Procedure;

3. The Defendant failed to file an Appearance in the above-captioned action; and

4.	The Defendant failed to file a response to the Complaint, which was due on or before May 26, 2004, as required by Rule 12(a) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff requests the Court enter judgment of default against the Defendant in this action.

> PLAINTIFF - CHARTER COMMUNICATIONS
> ENTERTAINMENT I, LLC d/b/a CHARTER
> COMMUNICATIONS
>
> By Its Attorneys,
>
> _____
> Burt B. Cohen, BBO#656190
> Christopher L. Brown, BBO#642688
> Murtha Cullina LLP
> 99 High Street-20th Floor
> Boston, MA 02110
> (617) 457-4000

Dated: June 1, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Entry of Default was mailed first-class, postage prepaid, on June 1, 2004 to:

Jim Voyiatzis a/k/a Demetrios Voyiatzis
18 Wrentham Road
Apartment# 106
Worcester, Massachusetts 01602-1361

_____
Christopher L. Brown