UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JUN 18  P 12: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC
d/b/a CHARTER COMMUNICATIONS

    Plaintiff

CIVIL ACTION
NO. 04-40063-NMG

v.

JIM VOYIATZIS a/k/a
DEMETRIOS VOYIATZIS

### DEFENDANT'S ASSENTED TO MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

    Defendant, Demetrios Voyiatzis, respectfully moves, with the assent of the Plaintiff, that the time for responding to Plaintiff's Complaint be extended to June 18, 2004.

June 18, 2004

Demetrios Voyiatzis
By his attorney

_____
Daniel I. Cotton BBO# 101820
390 Main St.   Suite 1000
Worcester, MA 01608
(508) 791-8181

ASSENTED TO:

_____
Christopher L Brown, Esq.
Murtha Cullina LLP
99 High St.,-20th floor
Boston, MA 02110
(617) 457-4000