UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 JUN 18 P 12: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC
d/b/a CHARTER COMMUNICATIONS

    Plaintiff

CIVIL ACTION
NO. 04-40063-NMG

v.

JIM VOYIATZIS a/k/a
DEMETRIOS VOYIATZIS

DEFENDANT'S ANSWER

1. Defendant admits the allegations of Paragraph 1.

2. Defendant admits the allegations of Paragraph 2.

3. Defendant admits the allegations of Paragraph 3.

4. The allegation of Paragraph 4 calls for a legal conclusion, and no answer is required..

5. The allegations off Paragraph 5 call for a legal conclusion, and no answer is required.

6. Defendant admits the allegations of Paragraph 6.

7 The allegations of Paragraph 7 call for a legal conclusion, and no answer is required.

8. Defendant admits the allegations of Paragraph 8.

9. Defendant admits the allegations of paragraph 9.

10. Defendant is without knowledge.

11. Defendant admits the allegations of Paragraph 11.

12. Defendant is without knowledge.

13. Defendant is without knowledge.

14. Defendant is without knowledge.

15. Defendant admits the allegations of Paragraph 15.

16. Defendant is without knowledge.

17. Defendant admits the allegations of Paragraph 17.

18. Defendant admits the allegations of Paragraph 18.

19. Defendant is without knowledge.

20. Defendant is without knowledge.

21. Defendant is without knowledge.

22. Defendant denies the allegations.

23. Defendant denies the allegations.

24. Defendant denies the allegations.

25. Defendant denies the allegations.

26. Defendant denies the allegations.

27. Defendant denies the allegations.

28. Defendant denies the allegations.

1-28. Defendant incorporates by reference his responses to Paragraphs 1-28.

29. Defendant denies the allegations.

30. Defendant denies the allegations.

31. Defendant denies the allegations.

32. Defendant denies the allegations.

33. Defendant denies the allegations.

34. Defendant denies the allegations.

1-34. Defendant incorporates by reference his responses to Paragraphs 1-34.

35. Defendant denies the allegations.

WHEREFORE, Defendant requests that Plaintiff's Complaint be dismissed.

June 15, 2004                                JIM VOYIATZIS
                                             By his attorney

                                             _____
                                             Daniel I. Cotton   BBO# 101820
                                             Wolfson, Keenan, Cotton & Meagher
                                             390 Main St.   Suite 1000
                                             Worcester, MA 01608
                                             Tel. (508) 791-8181