UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS

      Plaintiff,

v.

JIM VOYIATZIS a/k/a/
DEMETRIOS VOYIATZIS,

      Defendant.

CASE ACTION
NO. 04-CV-40063

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CERTIFICATION UNDER LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1(D), Plaintiff and its counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS

_____
Kevin Mailloux
Group Operations Manager
95 Higgins Street
Worcester, MA  01606
(508) 853-1515

COUNSEL -
CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS

_____
Burt B. Cohen, BBO# 656190
Christopher L. Brown, BBO#642688
Murtha Cullina LLP
99 High Street – 20th Floor
Boston, MA 02110-2320
(617) 457-4003

Its Attorneys

Dated: _____10.5'_____, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Certification was mailed first-class, postage prepaid, on this _13_ day of October, 2004 to:

Daniel I. Cotton
Wolfson, Keenan, Cotton & Meagher
390 Main Street, Suite 1000
Worcester, MA 01608

_____
Christopher L. Brown

288613-1                                    2