UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS<br><br>Plaintiff,<br><br>v.<br><br>JIM VOYIATZIS a/k/a/ DEMETRIOS VOYIATZIS,<br><br>Defendant. | CASE ACTION<br>NO. 04-CV-40063 |

## STIPULATION OF DISMISSAL

Plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications and Defendant Jim Voyiatzis a/k/a/ Demetrios J. Voyiatzis agree to dismiss the Complaint against Defendant Jim Voyiatzis a/k/a/ Demetrios J. Voyiatzis pursuant to Fed. R. Civ. P. 41(a) with prejudice and without costs to either party.

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS
By Its Attorneys,

_____
Burton B. Cohen, BBO#656190
Christopher L. Brown, BBO #642688
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
Telephone: (617) 457-4000

Date: December __, 2004

JIM VOYIATZIS A/K/A
DEMETRIOS VOYIATZIS

By His Attorneys,

_____
Daniel I. Cotton, Esquire, BBO#
Wolfson, Keenan, Cotton & Meagher
390 Main Street, Suite 1000
Worcester, MA 01608